UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLEDISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) | |
| RAY DANIEL HESTER, JR | ) | CASE NO. 09-82170 |
| IVY SPELL HESTER | ) | CHAPTER 7 |
| DEBTORS. | ) | |

## WAIVER OF HEARING WITHIN 30 DAYS

**MOVANT**, BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP, hereby waives the requirement that a hearing on its Motion for Relief From Automatic Stay be held within thirty (30) days of the filing of the motion.

THIS, the 21st day of December, 2009.

BROCK & SCOTT, PLLC

/s/ Sean M. Corcoran
Sean M. Corcoran
Attorney for Movant
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar No. 33387